UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSEPH COOPER,

        Plaintiff,

v.                                    Case No.  5:11-cv-158-Oc-10GJK

DOLGENCORP, LLC,

        Defendant.
_____

ORDER

Pending before the Court is the Motion to Quash Subpoena (Doc. No. 21) filed on behalf of non-party, the Agency for Health Care Administration.  Because the movant's attorney has failed to comply with Local Rule 3.01(g) the motion is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on November 4, 2011.

                                                  THOMAS B. SMITH
                                                  United States Magistrate Judge

Copies to all Counsel